UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kforce, Inc.</u>

    v.         Case No. 08-cv-151-JM

<u>Brian Hughes et al.</u>

O R D E R

Due to my former firm's representation of the defendants in this case, I am recusing myself.

The Clerk's office shall reassign this case to another judge.

SO ORDERED.

May 19 , 2008            _____
                     James R. Muirhead
                     United States Magistrate Judge

cc: David C. Casey, Esq.
   Christopher B. Kaczmarek, Esq.
   Charla B. Stevens, Esq.